Misc. No. 12–8031/MC. James M. Lewis, Petitioner v. United States, Respondent. On consideration of the petition for extraordinary relief in the nature of a writ of

mandamus and Petitioner's motion to file the same out of time, it is ordered that said motion is hereby denied, and that said petition is hereby dismissed as untimely.